# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

145242

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DAVID SUTHERLAND,
   Plaintiff-Appellee,

v

POWERSPORTS OF MONROE, L.L.C.,
d/b/a RAY'S POWERSPORTS and d/b/a
ATOMIC POWERSPORTS, and
POWERSPORTS OF BURTON, L.L.C.,
d/b/a GRAT LAKES POWERSPORTS,
   Defendants-Appellants.

SC: 145242
COA: 300790
Monroe CC: 10-028369-CZ

_____/

   On order of the Court, the application for leave to appeal the March 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

t0827